371 A.2d 852
Commonwealth v. Burgess, Appellant.

Submitted September 13, 1976. Henry N. Fineman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 852
Commonwealth v. Burke, Appellant.

Submitted April 2, 1976. Jeffrey Staniels, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Marianne E. Cox, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.